1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MOISES GONZALEZ-CRUZ

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  NO. 1:08-cr-00180 AWI
                                  )
12         Plaintiff,              )  *AMENDED* STIPULATION TO CONTINUE
                                  )  STATUS CONFERENCE HEARING DATE;
13    v.                           )  ORDER THEREON
                                  )
14 MOISES GONZALEZ-CRUZ,          )  Date:  September 8, 2008
                                  )  Time:  9:00 am
15         Defendant.              )  Judge: Hon. Anthony W. Ishii
                                  )
16 _____ )

17

18    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel, that **the status conference hearing in the above-referenced matter now set for August 4,**

20 **2008, may be continued to September 8, 2008, at 9:00 A.M.**

21    This continuance is requested by counsel for Defendant to allow him additional time for defense

22 preparation and investigation, and to allow the parties time for negotiation prior to hearing.  The requested

23 continuance will conserve time and resources for all parties and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3   and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and
4   (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: July 31, 2008         By: /s/ Ian L. Garriques
                                  IAN L. GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: July 31, 2008         By: /s/ Marc Days
                                  MARC DAYS
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  MOISES GONZALEZ-CRUZ

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **August 1, 2008**              /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE